**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ADAM AARONSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) **Case No.:** 1:18-cv-1533 |
| | ) |
| CHW GROUP, INC., D/B/A CHOICE HOME WARRANTY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF TENTATIVE EXTRA-JUDICIAL RESOLUTION

Plaintiff, ADAM AARONSON, on behalf of himself and Defendant, CHW GROUP d/b/a CHOICE HOME WARRANTY (individually, "CHW" and together with Plaintiff, the "Parties"), with CHW's notice and permission, hereby notifies the Court that the Parties have reached a tentative extra-judicial resolution of the Parties' differences and disputes in the above-captioned matter, in full.   A notice of dismissal will be filed separately.

The Parties are in the process of negotiating and executing a formal written agreement that memorializes the foregoing and will advise the Court and file all other necessary paperwork relating thereto in due course.  In the meantime, Plaintiff, on behalf of the Parties, respectfully requests that the Court stay all pending deadlines and rulings on all pending motions in this case until further notice, along with granting all other relief and entering all other orders as the Court deems just and appropriate.

Respectfully submitted,

| /s/ Richard W. Ferris | /s/ Michael S. Agruss | /s/ James J. Parr |
|---|---|---|
| Richard W. Ferris | Michael S. Agruss | James J. Parr |
| VA Bar No: 31812 | IL Bar No: 6281600 | IL Bar No: 6317921 |
| Ferris Winder, PLLC | Agruss Law Firm, LLC | Agruss Law Firm, LLC |
| 9327 Midlothian TPKE | 4809 N. Ravenswood Ave. | 4809 N. Ravenswood Ave. |
| Suite 1B | Suite 419 | Suite 419 |
| Richmond, VA 23235 | Chicago, IL 60640 | Chicago, IL 60640 |
| Tel: 804-767-6848 | Tel: 312-224-4695 | Tel: 312-224-4695 |
| Fax: 888-251-6228 | Fax: 312-253-4451 | Fax: 312-253-4451 |
| rwferris@ferriswinder.com | michael@agrusslawfirm.com | james@agrusslawfirm.com |
| Attorney for Plaintiff | Attorney for Plaintiff, *Admitted Pro Hac Vice* | Attorney for Plaintiff, *Admitted Pro Hac Vice* |

## **CERTIFICATE OF SERVICE**

I certify that on May 30, 2019, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

                                              By: /s/ Michael S. Agruss
                                                         Michael S. Agruss