IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ADAM AARONSON, ) | |
|     Plaintiff, ) | |
| v. ) | |
| ) | Case No. 1:18-cv-1533 |
| CHW GROUP, INC., d/b/a CHOICE ) | |
| HOME WARRANTY, ) | |
|     Defendant. ) | |
| ) | |

## ORDER

On May 30, 2019, the parties jointly filed a notice indicating that the parties had reached a tentative settlement resolving this matter. In the notice, the parties also requested that this matter be stayed to allow the parties to complete settlement negotiations. By Order dated May 31, 2019, this case was stayed until further order of the Court, and the parties were directed to take prompt steps to reach a final resolution of the case and to file a prompt notice of voluntary dismissal.

For good cause,

It is hereby **ORDERED** that the parties are directed to file either a notice of voluntary dismissal or a notice that a settlement could not be reached in this matter no later than **5:00 P.M. on Monday, July 15, 2019**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
June 24, 2019

T. S. Ellis, III
United States District Judge