**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

ADAM AARONSON,

Plaintiff,

v.

CHW GROUP, INC., D/B/A CHOICE HOME WARRANTY,

Defendant.

**Case No.:** 1:18-cv-1533-TSE-IDD

**STIPULATION TO DISMISS**

Plaintiff, ADAM AARONSON, and Defendant, CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

RESPECTFULLY SUBMITTED,

/s/ Richard W. Ferris
Richard W. Ferris
VA Bar No: 31812
Ferris Winder, PLLC
9327 Midlothian TPKE
Suite 1B
Richmond, VA 23235
Tel: 804-767-6848
Fax: 888-251-6228
rwferris@ferriswinder.com
Attorney for Plaintiff

/s/ Michael S. Agruss
Michael S. Agruss
IL Bar No: 6281600
Agruss Law Firm, LLC
4809 N. Ravenswood Ave.
Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
*Admitted Pro Hac Vice*

/s/ James J. Parr
James J. Parr
IL Bar No: 6317921
Agruss Law Firm, LLC
4809 N. Ravenswood Ave.
Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
james@agrusslawfirm.com
Attorney for Plaintiff,
*Admitted Pro Hac Vice*

By: /s/_Kyle R. Elliott______
Kyle R. Elliott (VSB No. 82077)
OGLETREE, DEAKINS, NASH,
SMOAK AND STEWART, P.C.
901 East Byrd Street, Suite 1300
Richmond, VA 23219
Telephone: 804-663-2333
Facsimile: 804-225-8641
kyle.elliott@ogletree.com
Attorney for Defendant

By: /s/_A. Paul Heeringa_____
A. Paul Heeringa
MANATT, PHELPS & PHILLIPS, LLP
151 North Franklin Street, Suite 2600
Chicago, IL 60606
Telephone: 312-529-6308
Facsimile: 312-529 6315
pheeringa@manatt.com
Attorney for Defendant
*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I certify that on July 1, 2019, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Michael S. Agruss_______________
Michael S. Agruss