UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ADAM AARONSON,

    Plaintiff,

v.

CHW GROUP, INC., D/B/A CHOICE HOME WARRANTY,

    Defendant.

Case No.: 1:18-cv-1533-TSE-IDD

## STIPULATION TO DISMISS

Plaintiff, ADAM AARONSON, and Defendant, CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

RESPECTFULLY SUBMITTED,

| /s/ Richard W. Ferris | /s/ Michael S. Agruss | /s/ James J. Parr |
|---|---|---|
| Richard W. Ferris | Michael S. Agruss | James J. Parr |
| VA Bar No: 31812 | IL Bar No: 6281600 | IL Bar No: 6317921 |
| Ferris Winder, PLLC | Agruss Law Firm, LLC | Agruss Law Firm, LLC |
| 9327 Midlothian TPKE | 4809 N. Ravenswood Ave. | 4809 N. Ravenswood Ave. |
| Suite 1B | Suite 419 | Suite 419 |
| Richmond, VA 23235 | Chicago, IL 60640 | Chicago, IL 60640 |
| Tel: 804-767-6848 | Tel: 312-224-4695 | Tel: 312-224-4695 |
| Fax: 888-251-6228 | Fax: 312-253-4451 | Fax: 312-253-4451 |
| rwferris@ferriswinder.com | michael@agrusslawfirm.com | james@agrusslawfirm.com |
| Attorney for Plaintiff | Attorney for Plaintiff, *Admitted Pro Hac Vice* | Attorney for Plaintiff, *Admitted Pro Hac Vice* |

So Ordered
7/1/19
T. S. Ellis, III
United States District Judge